M/MARION, 51

Michael S. Davis
Anthony I. Giacobbe, Jr.
Greg M. Bernhard
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400
*Attorneys for Petitioners*
*American Home Assurance Company and*
*National Union Fire Insurance Company of Pittsburgh, Pa.*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 6 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Petitioners, <br><br> - and - <br><br> ALTMAN SPECIALTY PLANTS, INC., <br><br> Respondent. | Case No.: 08 cv 7504 (CM) <br><br> **ORDER TO SHOW CAUSE** |

UPON the annexed Petition of Petitioner National Union Fire Insurance Company of Pittsburgh, Pa. and American Home Assurance Company (collectively, the "AIG Companies"), on behalf of itself and each of the related insurers that provided coverage to respondent, to compel arbitration, and upon the reading and filing of the annexed Declaration of Anthony I. Giacobbe, Jr. (the "Giacobbe Declaration"), dated August 25, 2008, the Petition with exhibits attached thereto, and the accompanying memorandum of law; and

WHEREAS, it is represented to this Court by the Giacobbe Declaration that:

(i) Altman Specialty Plants, Inc. ("Respondent") filed an action in the Supreme Court of California, County of Orange (the "Complaint"), asserting disputes between Respondent and the AIG Companies alleging claims for improper setting of reserves and claims mishandling, which the AIG Companies assert are subject to a valid and binding arbitration agreement between the parties; and

(ii) the agreement annexed to the Petition states that any action to compel arbitration "may be brought only in a court of competent jurisdiction in the City, County and State of New York"; and

(iii) the AIG Companies' time to respond to the Complaint expires on or about August 28, 2008; and

WHEREAS, the AIG Companies have now moved this Court for an Order pursuant to 9 U.S.C. § 1 et seq. to submit the disputes asserted in the Complaint to arbitration without delay; and

WHEREAS, 9 U.S.C. § 4 provides that this matter may be heard on five days' notice; and

This Court, having considered the papers submitted in support of the AIG Companies' motion, and sufficient cause therefore appearing, it is:

ORDERED, that Respondent show cause before this Court at a hearing at 500 Pearl Street, New York, New York 10007, courtroom 21B, on _Thursday September 4_, 2008, at _11_ a.m., or as soon thereafter as counsel can be heard, why this Court should not issue an Order directing Respondent to submit all disputes asserted in the Complaint to arbitration without delay; and it is further

ORDERED, that service of a copy of this Order to Show Cause together with the papers upon which it is granted, including the summons and Petition, by overnight delivery by _10am on August 29, 2008_, addressed to:

> Nicholas P. Roxborough, Esq.
> Erin M. LaBrache, Esq.
> Anthony Khoury, Esq.
> ROXBOROUGH, POMERANCE & NYE LLP
> 5820 Canoga Avenue, Suite 250
> Woodland Hills, California 91367

and

> Altman Specialty Plants, Inc.
> 3742 Blue Bird Canyon Road
> Vista, California 92084

shall be deemed good and sufficient notice and service of this application upon Respondent; and it is further

3

ORDERED that any written opposition to this Order to Show Cause shall be served upon Petitioner's counsel so as to be received by 5:00 p.m. on September 2, 2008.

Issued: New York, New York
August 26, 2008

_____  Paul A. Crotty
U.S.D.J.
At 1

530402.v1/10670-029/GB