Michael S. Davis
Anthony I. Giacobbe, Jr.
Greg M. Bernhard
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400
*Attorneys for Petitioners*
*American Home Assurance Company and*
*National Union Fire Insurance Company of Pittsburgh, Pa.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Petitioners, <br><br> - and - <br><br> ALTMAN SPECIALTY PLANTS, INC., <br><br> Respondent. | Case No.:08 cv 7504(CM) <br><br> **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK,
COUNTY OF NEW YORK.

      MICHAEL W. ANTONIVICH, being duly sworn, says: that I am over the age of eighteen years, am not a party herein, and reside in Nassau County, New York and that on the 26th day of August, 2008, I served a true copy of the within **ORDER TO SHOW CAUSE DATED AUGUST 26, 2008 AND THE PAPERS UPON WHICH IT WAS GRANTED WITH THE JUDGE'S RULES AND SUMMONS, PETITION TO COMPEL ARBITRATION AND TO APPOINT AN ARBITRATOR WITH EXHIBITS AND MEMORANDUM OF LAW IN SUPPORT OF PETITION TO COMPEL ARBITRATION AND TO APPOINT AN ARBITRATOR** upon respondent Altman Specialty Plants, Inc. at the places hereinafter stated by depositing the same, properly enclosed in post-paid, properly addressed wrappers, into the exclusive care and custody of a representative of UPS for overnight delivery, directed to said respondent and counsel at their last known addresses given below:

      Nicholas P. Roxborough, Esq.
      Erin M. LaBrache, Esq.
      Anthony Khoury, Esq.
      ROXBOROUGH, POMERANCE & NYE LLP
      5820 Canoga Avenue, Suite 250
      Woodland Hills, California 91367

Altman Specialty Plants, Inc.
3742 Blue Bird Canyon Road
Vista, California 92084

_____
ANTHONY ROSARIO

Sworn to before me this
28 day of August, 2008.

_____
NOTARY PUBLIC

ANGELA M. FITZPATRICK
Notary Public, State of New York
No. 41-4704823
Qualified in Queens County
Commission Expires 12/3/09

530673.v1/10670-029/MWA