UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN HOME ASSURANCE COMPANY, and
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, P.A.

                     Plaintiffs,

      v.

ALTMAN SPECIALTY PLANTS, INC.,

                     Defendant.

---

**NOTICE OF APPEARANCE**

Civil Action No. 1:08-CV-07504-CM

 

PLEASE TAKE NOTICE that the undersigned appears as counsel for defendant Altman Specialty Plants, Inc.

Dated: September 2, 2008

BOND, SCHOENECK & KING, PLLC

By:  *s/Lillian Abbott Pfohl*
      Lillian Abbott Pfohl
Attorneys for Defendant
One Lincoln Center
Syracuse, New York  13202
Telephone:  315-218-8000

1471502.1

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of September, 2008, a true and correct copy of the attached Notice of Appearance of Schweizer Aircraft Corp. was served upon the following counsel via CM/ECF:

**Greg Michael Bernhard**
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

*s/Lillian Abbott Pfohl*
Lillian Abbott Pfohl